IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REINALDO LASANTA,** | CIVIL NO. 1:12-0668 |
| **Plaintiff** | |
| v. | **(Judge Rambo)** |
| | **(Magistrate Judge Carlson)** |
| **CAROLYN W. COLVIN, Acting Commissioner of Social Security,** | |
| **Defendant** | |

## **O R D E R**

AND NOW, this 16th day of October, 2013, **IT IS HEREBY ORDERED THAT:**

1) The court adopts the report and recommendation of Magistrate Judge Carlson (Doc. 14).

2) The decision of the Commissioner of the Social Security Administration is **AFFIRMED**.

3) The Clerk of Court shall close the file.

                                                        s/Sylvia H. Rambo
                                                        United States District Judge